JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.     **CV 08-7024-JFW (Ex)**                              Date: **July 29, 2009**

Title:        Eddy Nana -*v*- American Professional Collections

---

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       **Shannon Reilly**                          **None Present**
       **Courtroom Deputy**                        **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
       None                                      None

**PROCEEDINGS (IN CHAMBERS):**       **DISMISSAL OF ACTION FOR LACK OF PROSECUTION**


     Plaintiff filed a Complaint with the Court on October 24, 2008.  On June 16, 2009, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of Plaintiff's apparent failure to serve Defendants.  The Court's Standing Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required by Fed. R. Civ. P. 4(m) would result in this dismissal of this action if good cause was not shown for any extension of time.  Plaintiff filed a response to the Court's Order to Show Cause on June 16, 2009.  Based on that response, the Court extended the Order to Show Cause to July 27, 2009.

     As of the date of this Order, Plaintiff has not filed a proof of service or otherwise responded to the Court's Order to Show Cause.  Accordingly, this action is hereby **DISMISSED** without prejudice.


     IT IS SO ORDERED.

     The Clerk shall serve a copy of this Minute Order on all parties to this action.


Initials of Deputy Clerk  _sr_